PATTERSON BELKNAP WEBB & TYLER LLP
Philip R. Forlenza
Michael J. Timmons
Laura J. Wood
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Attorneys for Defendants
Thelen Reid Brown Raysman & Steiner LLP and David R. Ritchie

08 CV 5379

JUDGE BUCHWALD

RECEIVED JUN 12 2008 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

E-SMART TECHNOLOGIES INC., IVI
SMART TECHNOLOGIES, INC. AND
BIOSENSOR LLC

Plaintiffs,

- against -

THELEN REID BROWN RAYSMAN &
STEINER LLP and DAVID R. RITCHIE,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 CV ____

RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant Thelen Reid Brown Raysman & Steiner LLP certifies that (1) defendant Thelen Reid Brown Raysman & Steiner LLP has no parent corporation and that (2) no publicly held corporation owns ten percent or more of its stock.

Dated: June 12, 2008
New York, New York

*[signature]*

Philip R. Forlenza
Michael J. Timmons
Laura J. Wood
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York  10036
Tel:  (212) 336-2000
Fax:  (212) 336-2222
prforlenza@pbwt.com