PATTERSON BELKNAP WEBB & TYLER LLP
Philip R. Forlenza
Michael J. Timmons
Laura J. Wood
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Attorneys for Defendants
Thelen Reid Brown Raysman & Steiner LLP and David R. Ritchie

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
E-SMART TECHNOLOGIES INC., IVI SMART     :
TECHNOLOGIES, INC and BIOSENSOR LLC,     :
                                          :
                                          :     08 CV 5379 (NRB)
                                          :
             Plaintiffs,                  :
                                          :
                                          :     ECF Case
       v.                                 :
                                          :
THELEN REID BROWN RAYSMAN &               :
STEINER LLP and DAVID R. RITCHIE,         :     **AFFIDAVIT OF SERVICE**
                                          :
             Defendants.                  :
                                          :
------------------------------------------------------------X

STATE OF NEW YORK          )
                           :ss.:
COUNTY OF NEW YORK         )

CHRISTINA I. BELANGER, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of Americas, New York, New York 10036.

2. On June 12, 2008, I caused a true copy of the following documents:

   - ***NOTICE OF REMOVAL TO FEDERAL COURT***

   - ***CIVIL COVER SHEET***

   - ***RULE 7.1 STATEMENT***

1748839v.1

- *INDIVIDUAL RULES OF JUDGE BUCHWALD*

- *INDIVIDUAL RULES OF MAGISTRATE JUDGE EATON*

- *ELECTRONIC CASE FILING RULES & INSTRUCTIONS*

to be served by hand delivery upon:

> Joel Chernov, Esq.
> Brian Dunefsky, Esq.
> DREIER LLP
> 499 Park Avenue
> New York, New York 10022

CHRISTINA I. BELANGER

Sworn to before me this
17th day of June, 2008

Notary Public

NICHOLAS J. LAFORGE
Notary Public, State of New York
No. 01LA6150533
Qualified in Kings County
Certificate Filed in New York County
Commission Expires July 31, 2010

1748839v.1