USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
E-SMART TECHNOLOGIES INC., IVI
SMART TECHNOLOGIES, INC. AND
BIOSENSOR LLC,

      Plaintiffs,

  - against -

THELEN REID BROWN RAYSMAN &
STEINER LLP and DAVID R. RITCHIE,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 5379 (NRB) (DFE)

STIPULATION AND ORDER

The parties to the captioned action, by their attorneys, hereby stipulate that the Defendants' answer to the complaint will be due on or before July 31, 2008.

Dated: New York, New York
   June 30, 2008

          PATTERSON BELKNAP WEBB & TYLER LLP

         By: _____
           Philip R. Forlenza (PF 5778)
         Attorneys for Defendants Thelen Reid Brown Raysman &
         Steiner LLP and David R. Ritchie
         1133 Avenue of the Americas
         New York, New York 10036
         mjtimmons@pbwt.com
         (212) 336-2000

1754260v1

DREIER LLP

By: _____
      Joel Chernov
      Brian Dunefsky
Attorneys for Plaintiffs E-Smart Technologies Inc., IVI Smart Technologies, Inc. and Biosensor LLC.
499 Park Avenue
New York, NY 10022
(212) 328-6130

SO ORDERED:

_____
              7/3/08
U.S.D.J.

2

INYC01 1754260v1